| AO 10<br>Rev. 1/2012 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2011** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BRAMLETTE, III, DAVID C. | 2. Court or Organization<br><br>U. S. DISTRICT COURT - SOUTHERN DISTRICT OF MISSISSIPPI | 3. Date of Report<br><br>05/15/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ARTICLE III SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>POST OFFICE BOX 928<br>NATCHEZ, MS 39121 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE EMERITUS | MISSISSIPPI NATURE CONSERVANCY |
| 2. MEMBER BOARD OF TRUSTEES | NATCHEZ LITERARY CELEBRATION |
| 3. BOARD OF DIRECTORS | BOB R. JONES IDLEWILD WILDLIFE RESEARCH INSTITUTE |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First South Bank | Real Estate Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 50% interest in rental account-Regions Bank | A | Rent | J | T | | | | | |
| 2. 50% interest in account, rental property-Regions Bank | A | Rent | J | T | | | | | |
| 3. 25% interest in farm acct. -Regions Bank | A | Rent | J | T | | | | | |
| 4. 25% interest in estate acct.-Regions Bank | E | Rent | J | T | | | | | |
| 5. Entergy | A | Dividend | K | T | | | | | |
| 6. GW Utilities, Ltd. | B | Dividend | J | T | | | | | |
| 7. CSX | A | Dividend | J | T | | | | | |
| 8. Abitibi-Price, Inc. | A | Dividend | J | T | | | | | |
| 9. Highland Corp. | C | Dividend | J | T | | | | | |
| 10. Highpoint Corp. | A | Dividend | J | T | | | | | |
| 11. First Colony Life | B | Dividend | K | T | | | | | |
| 12. Penn Mutual | A | Dividend | M | T | | | | | |
| 13. New York Life | A | Dividend | L | T | | | | | |
| 14. Charles Schwab Investment Account: | | | | | | | | | |
| 15. - Arkansas Power & Light | B | Dividend | J | T | | | | | |
| 16. -Cash and Equivalents: | | | | | | | | | |
| 17. -CMA Money Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br><br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -CMA Govt. Securities Fund | B | Interest | L | T | | | | | |
| 19. -Schwab Govt. Money Fund | A | Dividend | K | T | | | | | |
| 20. -Municipal Bonds: | | | | | | | | | |
| 21. -Mutual Funds | A | Dividend | L | T | Buy | 1/24/11 | L | | |
| 22. -MS St Univ. EDL Bldg. JAN 04 03.500% 8/3/13 | A | Interest | L | T | | | | | |
| 23. -MS St 5.25%13 Due 11/1/13 | A | Interest | K | T | | | | | |
| 24. -MS Dev. 3.75%Due 6/01/19 | A | Interest | K | T | | | | | |
| 25. -New Albany MS Schl 4%18 Due 6/01/18 | A | Interest | K | T | | | | | |
| 26. Oxford MS Sch Dist 4% Due 4/1/21 | A | Interest | K | T | Buy | 04/04/11 | K | | |
| 27. PROPERTY #1: | | | | | | | | | |
| 28. 1/4 int. in ▨▨▨ Wilkinson Co., MS 10/8/84 - $250,000 | D | Rent | N | R | | | | | |
| 29. PROPERTY #2: | | | | | | | | | |
| 30. 1/20 int. Adams Co., MS 8/86 - $23,000 | | None | K | R | | | | | |
| 31. PROPERTY #3: | | | | | | | | | |
| 32. Adams County, MS - 6/82 - $5,000 | | None | J | R | | | | | |
| 33. -Additional int. Adams Co., MS - 4/98 - $8,098 | | None | J | R | | | | | |
| 34. -Additional int. Adams County, MS - 4/98 - $12,500 | | None | K | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Additional acres Adams County, MS - 8/99 - $16,895 | | None | K | R | | | | | |
| 36. PROPERTY #4: | | | | | | | | | |
| 37. Wilkinson County, MS - 10/87 - $60,000 | | None | M | R | | | | | |
| 38. -Additional int. Wilkinson County, MS - 2/99 - $20,000 | | None | K | R | | | | | |
| 39. -Additional int. Wilkinson County, MS - $36,666.66 | | None | K | R | | | | | |
| 40. PROPERTY #5: | | | | | | | | | |
| 41. Wilkinson County, MS - 1976 - $65,000 | D | Rent | L | R | | | | | |
| 42. PROPERTY #6: | | | | | | | | | |
| 43. Wilkinson County, MS - 1984 - $25,000 | D | Rent | K | R | | | | | |
| 44. PROPERTY #7: | | | | | | | | | |
| 45. Two lots and residence Woodville, MS - 1984 -$40,000 | E | Rent | M | R | | | | | |
| 46. PROPERTY #8: | | | | | | | | | |
| 47. Commericial Row Woodville, MS - 1984 - $12,000 | | None | J | R | | | | | |
| 48. PROPERTY #9: | | | | | | | | | |
| 49. Partnership int. Bigbee Valley, MS - 1980 - $200,000 | D | | N | R | | | | | |
| 50. PROPERTY #10: | | | | | | | | | |
| 51. Wilkinson County, MS - 1980 - $1,500 | | None | J | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. PROPERTY #11: | | | | | | | | | |
| 53. 1/4 int. Wilkinson County, MS - 1984 - $18,000 | | None | K | R | | | | | |
| 54. PROPERTY #12: | | | | | | | | | |
| 55. ⬚ Wilkinson County, MS - 1984 - $13,500 | | None | J | R | | | | | |
| 56. PROPERTY #13: | | | | | | | | | |
| 57. Noxubee Co., MS - 1983 - $30,000 | C | | M | R | | | | | |
| 58. PROPERTY #14: | | | | | | | | | |
| 59. ▨ , Lamar Co., AL - 1983 - $10,000 | | None | L | R | | | | | |
| 60. PROPERTY #15: | | | | | | | | | |
| 61. Pickens County, AL - 1983 - $12,000 | A | Royalty | J | R | | | | | |
| 62. PROPERTY #16: | | | | | | | | | |
| 63. 3/6th int. Concordia Parish, LA - 2/92 - $35,000 | C | Rent | O | R | | | | | |
| 64. PROPERTY #17: | | | | | | | | | |
| 65. Wilkinson County, MS - 3/92 - $50,000 | | None | N | R | | | | | |
| 66. -Additional int. Wilkinson County, MS - | | None | N | R | | | | | |
| 67. OG&M #1: | | | | | | | | | |
| 68. Non-producing OG&M in following counties: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Noxubee County, MS | A | Royalty | J | W | | | | | |
| 70.  -Pickens County, AL | A | Royalty | J | W | | | | | |
| 71.  -Tensas Parish, LA | A | Royalty | J | W | | | | | |
| 72.  -Concordia Parish, LA | A | Royalty | J | W | | | | | |
| 73.  -Adams Co., Ms | A | Royalty | J | W | | | | | |
| 74.  -Wilkinson County, MS | E | Royalty | J | W | | | | | |
| 75.  OG&M #2: | | | | | | | | | |
| 76.  Producing minerals Lamar Co., AL - Moon-Hines Well | A | Royalty | J | W | | | | | |
| 77.  OG&M #3: | | | | | | | | | |
| 78.  Producing minerals Jefferson County, MS Anderson Oil Co. | A | Royalty | J | W | | | | | |
| 79.  OG&M #4: | | | | | | | | | |
| 80.  Producing minerals Wilkinson County, MS - Plains Marketing | A | Royalty | J | W | | | | | |
| 81.  OG&M #5: | | | | | | | | | |
| 82.  Producing minerals Wilkinson County, MS Ergon | A | Royalty | J | W | | | | | |
| 83.  OG&M #6: | | | | | | | | | |
| 84.  Producing minerals Amite Co., MS - J.P. Oil and Gungull Expl | A | Royalty | J | W | | | | | |
| 85.  OG&M #7: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Producing minerals Wilkinson County, MS Prairie Prod. Co. | A | Royalty | J | W | | | | | |
| 87. OG&M #8: | | | | | | | | | |
| 88. Producing minerals ANCOA-Parker 1-3 & SCBR1 | A | Royalty | J | W | | | | | |
| 89. OG&M #9: | | | | | | | | | |
| 90. Producing minerals Wilkinson County, MS Hood-Goldsberry | A | Royalty | J | W | | | | | |
| 91. OG&M #10: | | | | | | | | | |
| 92. Producing minerals Wilkinson Co., MS - Pacific-Enterprises | A | Royalty | J | W | | | | | |
| 93. OG&M #11: | | | | | | | | | |
| 94. Ogden Unit Wells 2, 3 & 4 | A | Royalty | K | W | | | | | |
| 95. OG&M #12: | | | | | | | | | |
| 96. Freedom Field Wilkinson County, MS Threshold | B | Royalty | J | W | | | | | |
| 97. OG&M #13: | | | | | | | | | |
| 98. Concordia Parish, LA McGowan Working Ptnrs. | A | Royalty | J | W | | | | | |
| 99. PROPERTY #18: | | | | | | | | | |
| 100. Undivided int. in Wilkinson County, MS | | None | J | W | | | | | |
| 101. OG&M #14: | | | | | | | | | |
| 102. Producing minerals Oxy-Well, Wilkinson County, MS | D | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. PROPERTY #19: | | | | | | | | | |
| 104. Int. in So. Canal Street Ptrnshp - 1993 - $50,000 | D | Rent | K | R | | | | | |
| 105. PROPERTY #20: | | | | | | | | | |
| 106. ............... in Wilkinson County, MS - 9/94 - $1,600,00 | E | Rent | P1 | R | | | | | |
| 107. PROPERTY #21: | | | | | | | | | |
| 108. Lot in Wilkinson County, MS - 10/94 - $16,000 | | None | J | R | | | | | |
| 109. - Lot in Wilkinson County, MS - 9/00 - $17,000 | | None | K | R | | | | | |
| 110. U. S. Govt. bonds | | None | K | T | | | | | |
| 111. OG&M #15: | | | | | | | | | |
| 112. Mineral ints. Concordia Parish, LA | | | | | Sold | 05/18/11 | N | | Tyler Production, Inc. |
| 113. Smith Barney Account: | | | | | Merged (with line 151) | | | | |
| 114. 50% int. in Geoghegan Properties, Inc. LP | C | Dividend | P1 | T | | | | | |
| 115. 50% int. in S.C.G. Properties, Woodville, MS | C | Rent | L | T | | | | | |
| 116. Partnership int. in Walters Group, Ltd. | C | Dividend | L | T | | | | | |
| 117. Interest in Hard Times, Inc. | E | Distribution | K | T | | | | | |
| 118. PROPERTY #22: | | | | | | | | | |
| 119. 2/5 Int. in property Wilkinson County, MS - 9/97 - $88,000 | | None | M | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Additional 20% int. Wilkinson County, MS 5/02- $75,000 | | None | L | R | | | | | |
| 121. PROPERTY #23: | | | | | | | | | |
| 122. ▓▓▓▓ Wilkinson County, MS - 11/98 and 3/01 - $300,000 | | None | N | R | | | | | |
| 123. Regions Bank money market account | A | Dividend | K | T | | | | | |
| 124. PROPERTY #24: | | | | | | | | | |
| 125. 1/4 int. in ░░░░ , Adams County, MS - 1970 - $5,000 | A | Rent | J | R | | | | | |
| 126. PROPERTY #25: | | | | | | | | | |
| 127. 50% int. Wilkinson County, MS 1997 - $40,000 | A | Rent | K | R | | | | | |
| 128. Edward Jones Cash and Money Market account | A | Dividend | K | T | | | | | |
| 129. PROPERTY #26: | | | | | | | | | |
| 130. 1/16th int. in Wilkinson County, MS - 12/2000 - $30,875 | | None | K | R | | | | | |
| 131. PROPERTY #27: | | | | | | | | | |
| 132. ▓▓▓▓ in Wilkinson County, MS - 3/2000 - $67,000 | | None | L | R | | | | | |
| 133. PROPERTY #28: | | | | | | | | | |
| 134. 2/24th int. Wilkinson County, MS - 7/01 - $100,000 | | None | L | R | | | | | |
| 135. PROPERTY #29: | | | | | | | | | |
| 136. Undivided int. Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. PROPERTY #30: | | | | | | | | | |
| 138. -Undivided int. in Wilkinson County, MS - 11/02 - $8,722 | | None | J | R | | | | | |
| 139. Undivided int. in Wilkinson County, MS - 3/02 - $30,231 | | None | J | R | | | | | Explanation in Art. VIII |
| 140. National Financial Services, LLC (IRA) | A | Interest | K | T | | | | | |
| 141. Munder Funds Health Care Fund | | None | J | T | Merged (with line 151) | | | | |
| 142. Britton & Koontz Bank CD | A | Interest | L | T | | | | | |
| 143. United MS Bank CD | A | Interest | L | T | | | | | |
| 144. OG&M #16: | | | | | | | | | |
| 145. Producing minerals Alex Ventress - Wilkinson County, MS | D | Royalty | J | W | | | | | |
| 146. PROPERTY #31: | | | | | | | | | |
| 147. 1/3 int. in [ ] Wilkinson County, MS - 2005 - $250,000 | | None | N | R | | | | | |
| 148. Exxon Mobil | A | Dividend | K | T | | | | | |
| 149. NBC Capital Corp. (Cadence) | B | Dividend | K | T | | | | | |
| 150. Norfolk Southern Corp. | A | Dividend | J | T | | | | | |
| 151. New Investment Acct. Stocks and Funds | | | | | | | | | |
| 152. Chevron | A | Dividend | K | T | | | | | |
| 153. Ford Motor Co. | A | Dividend | J | T | Sold | 03/01/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 07/14/11 | J | | |
| 155. -Ready Assets Fund | B | Dividend | L | T | | | | | |
| 156. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 157. TEVA PharmaCTCL | | | | | Sold | 03/01/11 | J | | |
| 158. Forest Oil Corp. | A | | | | Sold | 07/14/11 | J | | |
| 159. CSX Corp. | A | Dividend | J | T | | | | | |
| 160. Boeing Co. | A | Dividend | J | T | | | | | |
| 161. Honeywell Intl.Inc. | A | Dividend | J | T | Buy | 04/12/11 | J | | |
| 162. Nuveen Flagship Muni. Bond | A | Interest | J | T | | | | | |
| 163. Washington Mutual Inv. Fund | A | Dividend | K | T | | | | | |
| 164. U.S. Sec. Stripped Int. Pmt. Fixed Income | | None | J | T | | | | | |
| 165. World Wrestling Fdn. Entmt. Inc. | | | | | Sold | 03/01/11 | J | | |
| 166. Munder Funds Health Care Fund | | None | J | T | | | | | |
| 167. PROPERTY #32: | | | | | | | | | |
| 168. Interest in house Woodville, MS - 2010 - $14,600 | A | Rent | J | R | | | | | |
| 169. PROPERTY #33: | | | | | | | | | |
| 170. 1/3 int.  in Phillips County, AK | | None | N | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. OG&M #17: | | | | | | | | | |
| 172. Mineral production Peabody well Concordia, LA | F | Royalty | N | W | | | | | |
| 173. Britton & Koontz Bank CD | A | Interest | M | T | | | | | |
| 174. United MS Bank CD | A | Interest | L | T | | | | | |
| 175. PROPERTY #34: | | | | | | | | | |
| 176. 22% in [...], Wilkinson County, MS 10/6/10 - $509,125 | | None | O | R | Buy | 10/06/10 | O | | Kenneth O. Williams |
| 177. OG&M #18: | | | | | | | | | |
| 178. Minerals Wilkinson, Jefferson County, MS Concordia Parish, LA | A | Royalty | K | W | | | | | |
| 179. PROPERTY #35: | | | | | | | | | |
| 180. 1/3 int in Partnership in Wilkinson | | | | | Sold | 11/28/11 | K | | Black Jack Oil |
| 181. County, MS -2/13/10 - $746,053 | | None | L | R | Buy | 10/04/11 | L | | Cynthia Black |
| 182. OG&M #19: | | | | | | | | | |
| 183. 1/3 mineral interest in partnerhip Fort Adams, MS | | None | J | W | Buy | 10/07/10 | J | | Cindy Black |
| 184. New Retirement Account: | | | | | | | | | |
| 185. Ford Motor Co. | A | Dividend | J | T | Buy | 09/01/11 | J | | |
| 186. Century Link Inc. | A | Dividend | J | T | Buy | 11/11/11 | J | | |
| 187. PROPERTY #36 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. House and lot in Natchez, Adams Co., MS 6/21/06-$175,000 | | None | M | R | Buy | | | | Explanation in Art. VIII |
| 189. OG&M #20:: | | | | | | | | | |
| 190. 1/6 int. minerals, Wilkinson County, MS | E | Royalty | K | W | | | | | Explanation in Art. VIII |
| 191. Investment Account #1 | B | Interest | M | T | | | | | |
| 192. Investment Account #2 | B | Interest | M | T | | | | | |
| 193. OG&M #21: | | | | | | | | | |
| 194. Mineral interest on Property #1 | D | Royalty | J | W | | | | | Explanation in Art. VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Line #139 on FDR for 2011 FDR was a duplicate of Property #29 and will be deleted on 2012 FDR.

2. Line#179, Property #35. This property is shown on Line 126 of FDR 2010 report. This property is held in a partnership and should have been listed as a 1/3 interest in a partnership in Wilkinson County, MS - 2/13/10 - $746,053.

3. Line 182, OG&M #19. This property is shown on Line 128 of FDR 2010 report. This property is held in a partnership and should have been listed as a 1/3 mineral interest in a partnership in Fort Adams, MS.

4. Line #188,Property #36 was purchased in 6/21/06 and was inadvertently omitted from that and subsequent reports.

5. Line #190, OG&M #20, was property purchased from Rowan Plantation and sold to Barry Bellue and shown on 2005 FDR as 1/3 int. in Ferguson Tract, Wilkinson County, MS. The mineral interests were retained and the minerals are now producing.

6. Line #194, OG&M #21 - Mineral interests for Property #1 have been owned, and the minerals are now producing.

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 05/15/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DAVID C. BRAMLETTE, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544